IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DAVID WOODY and BEVERLY WOODY,
INDIVIDUALLY AND AS SPECIAL
CO-ADMINISTRATORS OF ESTATE OF
MIRANDA NICOLE WOODY, DECEASED                                          PLAINTIFFS

v.                                         Case No. 6:18-cv-6127

HIWAY EXPRESS, LLC and
JAMES R. SCOTT                                                                               DEFENDANTS

# ORDER

Before the Court is the parties' Joint Motion to Dismiss.  (ECF No. 34).  No response is necessary.

The parties inform the Court that they have settled all issues in this case and, accordingly, they request that the Court dismiss this case with prejudice.  An action may be dismissed by court order at the plaintiff's request, on terms the Court considers proper.  Fed. R. Civ. P. 41(a)(2).  "Voluntary dismissal under Rule 41(a)(2) should not be granted if a party will be prejudiced by the dismissal." *Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1079 (8th Cir. 2017).

Upon consideration, the Court finds that good cause for the motion has been shown, as no party would be prejudiced by the dismissal of this case with prejudice.  Accordingly, the parties' joint motion (ECF No. 34) is hereby **GRANTED**.  This case is **DISMISSED WITH PREJUDICE**.  If any party desires that the terms of settlement be a part of the record therein, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this judgment.  The Court retains jurisdiction to vacate this order upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 10th day of August, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge